In the Matter of the Petition of JAMES C. GRINDROD, Respondent, for an Order Revoking and Canceling a Liquor Tax Certificate Issued to JOSEPH KIRWIN, Appellant.

CATHERINE KERWIN, Intervening, Appellant.

*Matter of Grindrod (Kerwin)*, 171 App. Div. ——, affirmed.
(Argued February 23, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 5, 1915, which affirmed an order of Special Term revoking and canceling a liquor tax certificate because of false answers in the application upon which the certificate was issued to the effect that the traffic in liquors had been carried on continuously since 1890 at the certificated premises; and to the effect that there was no

building used exclusively as a dwelling house within 300 feet of the certificated premises.

*J. Edward Quinn* for appellant.

*Sydney A. Syme* for respondent.

Order affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.